UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 23- 1134

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLETON D. CURRY | Magistrate Case No. 09956439 (Class A)<br><br>COMPLAINT<br><br>Offense on a Federal Reservation |

BEFORE the **Honorable Elizabeth A. Pascal,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **6th day of September 2023**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**CARLETON D. CURRY** did commit:

Possession of Weapon in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED VIA ZOOM PURSUANT TO RULE 4.1, FEDERAL RULES OF CRIMINAL PROCEDURE ON NOVEMBER 16, 2023.**

**HONORABLE ELIZABETH A. PASCAL**
**United States Magistrate Judge**

11/16/23 NK 11/17/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 7, 2023 while exercising my duties as a law enforcement officer in the Federal District of NJ that the Subject stated above attempted to gain access through the Commercial Inspection gate on Fort Dix NJ. Upon search of the vehicle a firearm was found in the bottom of a gray backpack located between the front seats.

The foregoing statement is based upon:

- [ ] my personal observation
- [ ] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/07/2023 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 10/03/2023 9:57